474 A.2d 647

Commonwealth v. Aczel, Appellant.

Submitted November 18, 1983.  Louis Perez, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed in part and reversed in part.  Case remanded for proceedings consistent with this opinion.  Jurisdiction is relinquished.